UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-61576-JEH |
| | § | |
| MICU-STAN, MARIUS | § | Chapter 7 |
| MICU-STAN, DOMINIQUE D. | § | |
| | § | Judge: Hoffman |
| Debtors. | § | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $\underline{\$5.85}$ represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| American Electric Power<br>PO Box 2021<br>Roanoke, VA 24022-2121 | 3 | 0.90 |
| Recovery Management Systems Corporation<br>For GE Money Bank, dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 15 | 2.02 |
| Guardian Protection Services<br>174 Thorn Hill Road<br>Warrendale, PA 15086 | 8 | 0.91 |
| Verizon Wireless<br>Bankruptcy Administration<br>PO Box 3397<br>Bloomington, IL 61702 | 16 | 2.02 |

Dated:   October 27, 2010

/s/ Larry J. McClatchey
Larry J. McClatchey, Trustee (0012191)
65 East State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5400
lmcclatchey@keglerbrown.com

cc:   U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215
American Electric Power, PO Box 2021, Roanoke, VA 24022-2121
Recovery Management Systems Corporation, For GE Money Bank,
  dba Lowes Consumer,   25 SE 2nd Ave Ste 1120, Miami FL 33131
Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086
Verizon Wireless, Bankruptcy Administration, PO Box 3397, Bloomington, IL 61702